UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Rhonda Newman**
    Plaintiff

    V.

**Corebridge Financial, Inc. et al**
    Defendants

CIVIL ACTION

NO  1:23-cv-12649-ADB

## ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Court's Order, MDL Order No. 19, dated December 12, 2024, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED without prejudice for lack of Article III standing.

By the Court,

2/9/2026
Date

/s/ Caetlin McManus
Deputy Clerk